JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMERICAN OPTOMETRIC SOCIETY, INC.,** | Case No.: CV10-03983-AHM (FFMx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| **AMERICAN BOARD OF OPTOMETRY, INC.,** | |
| Defendant. | |

The Court, having granted Defendant's Motion for Judgment at the Conclusion of Plaintiff's Evidence,

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant American Board of Optometry, Inc. and against Plaintiff American Optometric Society, Inc. on Plaintiff's remaining claim that Defendant's use of the term "board certification" or "board certified" is false,

/ / /

misleading, confusing, deceptive or unfair in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1525.

IT SO ORDERED:

Dated: August 23, 2012

JS-6

_____
Hon. A. Howard Matz
United States District Judge